UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                 :

BARRY C. HONIG, *et al.*,                :

                                                 : **ORDER**

                        Plaintiffs,         :

          v.                                           : 20-cv-5872 (AKH)

JOHN DAVID HANSEN, *et al.*,      :

                       Defendants.   :

-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       A motion to dismiss Plaintiffs' complaint has been filed. *See* ECF No. 57.

The status conference previously scheduled for December 17, 2020, is cancelled.

       SO ORDERED.

Dated:     December 17, 2020                /s/ Alvin K. Hellerstein
              New York, New York              ALVIN K. HELLERSTEIN
                                                            United States District Judge