UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BARRY C. HONIG, et al.,

                        Plaintiffs,                  20 **CIVIL** 5872 (AKH)

        -against-                                  **JUDGMENT**

JOHN DAVID HANSEN and GREGORY P.
HANSON,

                        Defendants.
-----------------------------------------------------------X
GRANDER HOLDINGS, INC., et al.,

                        Plaintiffs,                  20 **CIVIL** 8618 (AKH)

        -against-

JOHN DAVID HANSEN and GREGORY P.
HANSON,

                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order dated October 8, 2021, Plaintiffs' motions to strike are denied as procedurally improper. Defendants' motions to dismiss are hereby granted; Judgment is granted to Defendants' dismissing the complaint; accordingly, 20-cv-5872 and 20cv8618 are closed.

**Dated:**  New York, New York
           October 12, 2021

                                                               **RUBY J. KRAJICK**
                                                               _____
                                                               Clerk of Court
                                       **BY:**
                                                                 Deputy Clerk