# Exhibit C

Page 1

1        SUPERIOR COURT OF THE STATE OF CALIFORNIA
2                  COUNTY OF SAN DIEGO
3                        - - -
4   MABVAX THERAPEUTICS          )
    HOLDINGS, INC.,              )
5                                )
            Plaintiff,           )
6                                ) No. 37-2019-00018398
            vs.                  )      CU-SL-CTL
7                                )
    BARRY HONIG, et al.,         )
8                                )
            Defendants.          )
9                                )
10
11
12
13
14                  DEPOSITION OF
15           JOHN DAVID HANSEN, VOLUME I
16            Monday, January 17, 2022
17
18
19
20
21
22  Reported By:
23  MICHELLE K. BAILEY
    RPR, CSR No. 10713
24  Job No. 5032741
25  Pages 1 - 274

1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                      COUNTY OF SAN DIEGO

3                            - - -

4    MABVAX THERAPEUTICS           )

     HOLDINGS, INC.,               )

5                                  )

             Plaintiff,            )

6                                  ) No. 37-2019-00018398

             vs.                   )      CU-SL-CTL

7                                  )

     BARRY HONIG, et al.,          )

8                                  )

             Defendants.           )

9                                  )

10

11

12

13

14          Deposition of JOHN DAVID HANSEN, VOLUME I,

15    taken on behalf of the Defendants, beginning at 9:07

16    a.m., and ending at 6:05 p.m., on Monday,

17    January 17, 2022, before MICHELLE K. BAILEY, RPR, CSR

18    No. 10713.

19

20

21

22

23

24

25

```
                                                    Page 3
```

```
 1    APPEARANCES:
 2
      For the Plaintiff MabVax Therapeutics Holdings, Inc.:
 3
          BAKER BOTTS
 4        BY:  JONATHAN A. SHAPIRO, ESQ.
               BRIAN C. KERR, ESQ.
 5             JULIE RUBENSTEIN, ESQ.
               BYRON BECKER, ESQ.
 6        101 California Street
          Suite 3600
 7        San Francisco, California  94111
          415.291.6200
 8        jonathan.shapiro@bakerbotts.com
 9
      For Cross-Defendants John David Hansen
10    and Gregory P. Hanson:
11        COOLEY LLP
          BY:  PETER M. ADAMS, ESQ.
12             KOJI F. FUKUMURA, ESQ.
               LINH K. NGUYEN, ESQ.
13             BRIAN M. FRENCH, ESQ.
               ZACHARY WILLIAMS, ESQ.
14        4401 Eastgate Mall
          San Diego, California  92121
15        858.550.6008
          padams@cooley.com
16
17    For the Defendants Robert Prag; The Del Mar Consulting
      Group, Inc.; The Del Mar Consulting Group, Inc.
18    Retirement Plant Trust:
19        KEENEY WAITE & STEVENS
          BY:  BRIAN L. FRARY, ESQ.
20        402 West Broadway
          Suite 1820
21        San Diego, California  92101
          619.238.1661
22        frary@keenlaw.com
23
24
25
```

```
                                                    Page 4
 1    APPEARANCES (continued):
 2
      For the Defendants Barry Honig; GRQ Consultants, Inc.;
 3    GRQ Consultants, Inc. 401K; GRQ Consultants, Inc. ROTH
      401K FBO Barry Honig; GRQ Consultants, Inc. ROTH 401K
 4    FBO Renee Honig; Barry and Renee Honig Charitable
      Foundation, Inc.; Southern Biotech, Inc.; John Stetson;
 5    HS Contrarian Investments LLC:
 6        SHEPPARD MULLIN RICHTER & HAMPTON, LLP
          BY:  ROBERT D. WEBER, ESQ.
 7             KRISTIN HOUSH, ESQ.
          1901 Avenue of the Stars
 8        Suite 1600
          Los Angeles, California  90067
 9        858.720.8900
          rweber@sheppardmullin.com
10
11    For the Defendants OPKO Health, Inc., and Steven Rubin:
12        AKERMAN, LLP
          BY:  SAMANTHA J. KAVANAUGH, ESQ.
13        98 SE 7th Street
          Suite 1100
14        Miami, Florida  33131
          305.982.5643
15        samantha.kavanaugh@akerman.com
16
      For the Defendants Michael Brauser; Grander Holdings,
17    Inc.; Grander Holdings, Inc. 401K:
18        RICHARD AND RICHARD, P.A.
          BY:  MELISSA L. MACKIEWICZ, ESQ.
19        825 Brickell Bay Drive
          Tower III, Suite 1748
20        Miami, Florida  33131
          305.374.6688
21        melissa@richardandrichard.com
22
23
24
25
```

```
                                              Page 5
 1    APPEARANCES (continued):
 2

      For the Defendants Mark Groussman; Melechdavid, Inc.;
 3    Melechdavid, Inc. Retirement Plan:
 4         BAKER & McKENZIE, LLP
           BY:  EDWARD TOTINO, ESQ.
 5              BENJAMIN W. TURNER, ESQ.
           10250 Constellation Blvd.
 6         Suite 1850
           Los Angeles, California  California
 7         310.201.4728
           edward.totino@bakermckenzie.com
 8

 9    For Defendants Phillip Frost; Frost Gamma Investments
      Trust:
10
           MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, PC
11         BY:  ROBERT J. ANELLO, ESQ.
           565 Fifth Avenue
12         New York, New York  10017
           212.880.9520
13         ranello@maglaw.com
14

      ALSO PRESENT:
15
           Jordan Bruce, videographer
16         Robert Prag
           Barry Honig
17         John Stetson
           Mark Groussman
18         Michael Brauser
19
20
21
22
23
24
25
```

Page 6

1                      I N D E X
2     WITNESS:  JOHN DAVID HANSEN
                                                     PAGE
3
      EXAMINATION BY MR. WEBER                         10
4

5

6                    E X H I B I T S
7     EXHIBIT NO.         DESCRIPTION              PAGE
8     Exhibit 1      MabVax 2014 Form 10-K           25
9     Exhibit 2      MabVax 2015 Form 10-K           30
10    Exhibit 3      MabVax 2016 Form 10-K           31
11    Exhibit 4      MabVax 2017 Form 10-K           33
12    Exhibit 5      MabVax 2018 Form 10-Q           34
13    Exhibit 6      Second Amended Complaint         44
14    Exhibit 7      SEC Form 4 for John Hansen,     115
                     dated 4/4/2016
15

      Exhibit 8      E-mail from John David Hansen    134
16                   to Mr. Honig and Mr. Stetson,
                     dated 8/25/2015
17

      Exhibit 9      Letter from MabVax to           149
18                   Stockholders, dated 9/2/2016,
                     signed by John David Hansen
19

      Exhibit 10     E-mail exchange between John     151
20                   David Hansen and Ken Cohen,
                     dated 1/5/2017 through
21                   1/6/2017
22    Exhibit 11     Letter Agreement, dated         155
                     1/6/2016
23

      Exhibit 12     E-mail exchange between John     167
24                   David Hansen and John Stetson,
                     dated 4/28/2017
25

Page 7

1                        I N D E X
                        (Continued)
2
3                      E X H I B I T S
4    EXHIBIT NO.          DESCRIPTION                   PAGE
5    Exhibit 13    E-mail exchange, dated                173
                   4/30/2017 through 5/1/2017
6
     Exhibit 14    E-mail Exchange, dated                178
7                  6/29/2017 through 6/30/2017
8    Exhibit 15    Letter from MabVax to Mr.             192
                   Stetson, dated 8/9/2017
9
     Exhibit 16    MabVax SEC Form 8-K, dated            196
10                 5/21/2018
11   Exhibit 17    Board Meeting Minutes, dated          204
                   4/16/2018
12
     Exhibit 18    Verified Petition for Relief          209
13                 Under 8 Delaware Code 205
14   Exhibit 19    Letter from Oxford Finance,           218
                   dated 8/14/2018
15
     Exhibit 20    E-mail from Oxford, dated             223
16                 10/16/2018
17   Exhibit 21    Second Amended Complaint              235
18   Exhibit 22    Seeking Alpha Blog Post by            256
                   John Ford, dated 7/1/2015
19
     Exhibit 23    E-mail from John Ford, dated          259
20                 6/21/2015
21   Exhibit 24    Ford's Draft Article                  260
22   Exhibit 25    Ford's Draft Article with             262
                   Edits
23
     Exhibit 26    Additional Comments on Ford's         266
24                 Draft Article
25

Page 8

1                        I N D E X
                        (Continued)

2

3

4      QUESTIONS INSTRUCTED      PAGE      LINE
       NOT TO ANSWER

5
                                  77         6
6                                 77        21
                                 108         4
7                                211         4
                                 269         1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 9

1                    MONDAY, JANUARY 17, 2022

2                         9:07 A.M.

3

4          THE VIDEOGRAPHER:  Good morning.  We are now on

5     the video record at 9:07 a.m., on January 17th, 2022.

6     This begins Media 1 in the remote video deposition of

7     John David Hansen, taken in the matter of MabVax

8     Therapeutics Holdings, Incorporated, versus Barry Honig,

9     et al.  This case is filed in the Superior Court of the

10    State of California, in the County of San Diego.

11          This deposition is being held via Zoom video

12    conferencing.  My name is Jordan Bruce, and I'm the

13    videographer.  And the court reporter is Michelle

14    Bailey, both on behalf of Veritext.

15          Please note that all appearances will be noted

16    on the stenographic record.

17          And now would the court reporter please swear

18    in the witness.

19

20                    JOHN DAVID HANSEN,

21              having first been duly sworn

22              by the reporter, was examined

23                and testified as follows:

24

25    ///

1    primarily, with one of the principals of Objective

2    Capital, David Crean, to contact and to follow up with

3    all the folks that we had started to have engagement

4    with.  So the BioNTech opportunity sort of came out of

5    the blue from -- actually, from Green Hill.

6    BY MR. WEBER:

7        Q.  Okay.

8            And when was that conference in San Francisco?

9    The one in January of 2019?

10       A.  Yeah.  It was in the first full week of January

11   of every year.

12       Q.  Okay.

13           Who did you meet from BioNTech at that meeting?

14       A.  I primarily met with Dr. Ugur Sahin.  Dr. Sahin

15   is the CEO, founder of BioNTech.  And his chief

16   operating officer, chief commercial officer, whose name

17   right this minute escapes me, but he was in the

18   executive committee.  And I met with the two of them

19   only.

20       Q.  Okay.

21           I'll follow-up about that a little bit later.

22   I'm going to switch gears right now.

23           Going back to something that we spoke about

24   early this morning.  During 2018, MabVax was conducting

25   its phase 1 study in which it was combining its 5B1

1    antibody with the chemotherapy drug and -- what was the

2    name of the chemotherapy drug again?  Paclitaxel,

3    something like that?

4         A.  You can use the word "GemNab" as your

5    abbreviation.

6         Q.  GemNab.  Okay.  That's easy.

7              Was MabVax -- during 2018, was MabVax doing any

8    other clinical studies besides that one?  Were there any

9    other studies going?

10        A.  2017, I believe that we had dosed one or more

11   patients in the radioimmunotherapy trial, and I believe

12   that there was still some work that was being done in

13   the imaging trial.  But the bulk of our effort was the

14   phase 1B trial, which was the antibody with the

15   chemotherapy.

16        Q.  Phase 1B.  That's right.  You said that this

17   morning.

18              During that phase 1B trial -- well, let me ask

19   you this.

20              How many patients were involved in the phase

21   1B?

22        A.  I wish I -- off the top of my head, I don't

23   remember exactly.  But it was in the high teens to early

24   20s or so.

25        Q.  Okay.

1          And was that study being led by a doctor at

2    MSK?

3          A.   The principal investigator was Dr. Eileen

4    O'Reilly, who was the head of the pancreatic cancer

5    treatment program at MSK.  But there were three other

6    investigators as well from Sericanan (phonetic), two

7    sites in Sericanan, one in Arizona and one in Florida.

8    And HonorHealth in Arizona.

9          Q.   How did patients get enrolled in that study?

10   What was the process by which patients were enrolled?

11         A.   So any time you start a clinical trial, you

12   have to have an extensive and documented protocol.  The

13   protocol has to be approved by the -- each of the sites'

14   medical and scientific review committee.  And then once

15   that's done, there is a green light given that the

16   investigator can enroll patients.

17            So the patient has to meet a fairly strict

18   criteria as to whether they're eligible to be enrolled

19   or not.  And then usually there's a workup period where

20   the patient is evaluated as to whether they meet all the

21   criteria.  We lose a lot of patients during the workup

22   period because the disease moves so quickly that when

23   they first talk to the patient about entering the trial,

24   things change.  But, nonetheless, we were able to slowly

25   enroll patients into the trial at all sites.

1        Q.   And what -- so one of the sites was MSK -- I'm

2    sorry.  One you said was in Phoenix?

3        A.   Well, there was HonorHealth in Scottsdale,

4    Arizona.  There was Sericanan in Nashville, Tennessee,

5    and another Sericanan site in Florida.

6        Q.   And so if -- again, forgive me for using the

7    laymen's description of this.  But if a doctor at one of

8    those sites had a patient in which the doctor thought

9    was a candidate for this trial by meeting the various

10   criteria and protocol, what would happen, just

11   procedurally?  Would that doctor talk to the lead

12   investigator?  Or how did somebody get involved?

13       A.   Well, we had a medical monitor, external

14   medical monitor.  And -- so the patient's particulars

15   were forwarded over to the medical monitor.  And if the

16   medical monitor and the onsite investigator agreed that

17   the patient met the criteria, then the patient could be

18   enrolled at the investigator's discretion.

19       Q.   Who was the medical monitor for this phase 1B

20   site?

21       A.   John Gutheil.

22       Q.   How do you spell that last name?

23       A.   G-u-i-t-i-l-e [sic], I believe.

24       Q.   And where was John Gutheil located?

25       A.   He ran a small boutique clinical research

1   organization in San Diego that we were utilizing.  They

2   specialized in oncology studies.

3        Q.  He's in San Diego.

4        A.  Yes.

5        Q.  So -- now a patient is enrolled in this phase

6   1B trial, how often were each patient monitored?  Did

7   they go for regular checkups?  What happened?  I guess

8   this would be part of the protocol; right?

9        A.  That's exactly right.  So they're monitored at

10  least in person monthly and probably by telephone

11  weekly.  And then there's a complete workup that is done

12  at the end of every second month of therapy.  And the

13  patience is then, has a full scan, X-rays, contrast --

14  CT scan, to look for what's happening with the disease

15  and whether tumors are growing or not growing or

16  shrinking.  And there's a whole -- again, part of the

17  protocol is how to measure that and validate it.  So

18  that's what's been done.

19       Q.  I understand.

20            And was all that information collected and sent

21  to somebody at MabVax to keep track of, or was it the

22  lead investigator, Dr. Eileen O'Reilly, who was keeping

23  track of --

24       A.  No.  Actually, it all goes to the clinical

25  trial organization that we had contracted to receive all

1   that information and keep track of it.  Certainly each

2   of the sites kept track of their own patients.  But,

3   centrally, all that information was centralized in the

4   clinical trial organization, which is called SciQuus.

5       Q.  And how do you spell SciQuus?

6       A.  S-c-i-q-u-u-s.

7       Q.  I'm sorry.  S-c-i-q-u --

8       A.  -- u-s.  There's two u's.

9       Q.  Oh.  Okay.

10          Where is SciQuus located?

11      A.  That's San Diego.  That's where John Gutheil

12   is.

13      Q.  Oh.  Okay.  So -- got it.

14          At some point in 2018, there were adverse

15   events that occurred; correct?

16      A.  Actually, there were adverse events in 2017.

17   So the history of that clinical trial is of the first

18   three patients enrolled in the trial, two had developed

19   something called pneumonitis, which is an inflammation

20   of the lungs.  It was evaluated at that time.  There

21   was, as always, a meeting of the investigators along

22   with the medical monitor to review the data.

23          The conclusion of the investigators was that

24   pneumonitis is -- while not common, does occur quite

25   frequently with, you know, therapies.  And since we

1  haven't seen pneumonitis in our antibody-only trial, the

2  decision was to continue to move forward with the trial.

3      Q.  You were going to continue?

4      A.  No.  Go ahead.

5      Q.  Okay.

6          So those two patients presented to pneumonitis

7  in 2017?

8      A.  Yeah.  They were right at the beginning of that

9  trial.

10     Q.  Okay.

11         When was the beginning of the trial, if you can

12 recall?

13     A.  I don't remember exactly.  But that would be --

14 since we didn't complete the phase 1A portion of the

15 trial until late 2016, I can only be thinking that it

16 started sometime in the first quarter of 2017 when we

17 established a dose for that trial.

18     Q.  Were there other adverse events that arose

19 after the pneumonitis adverse events?

20     A.  Yes.  There was one more in early '18, which

21 brought together all of the investigators and the

22 medical monitor once again to evaluate that.  And,

23 again, the medical monitors and the clinicians decided

24 to continue the trial.

25     Q.  What was that event in 2018?

Page 232

1          A.   Again, pneumonitis.

2          Q.   So this was a third patient that had suffered

3     the same condition?

4          A.   Yes.

5          Q.   When you say the investigators came together to

6     discuss -- let's see what you said.

7               "Brought together all of the investigators and

8     medical monitor to evaluate that."

9               How were they brought together?  Did they meet

10    in person?  Was it a teleconference?  This is the era

11    before Zoom, believe it or not.  That existed.  So what

12    happened?

13         A.   Well, there's ongoing usually weekly or

14    biweekly meetings with the investigators.  And most of

15    the time it's to review the current patients that are on

16    treatment, to look at the number of patients who may be

17    eligible to be enrolled.  There's always some additional

18    information that either the clinical research

19    organization puts together or MabVax put together to

20    provide further background and then to give the

21    investigators some analysis for some of the things that

22    they see, that -- that we all saw in clinical trial.

23              So in this particular case, after the first two

24    patients had pneumonitis, there was a whole -- several

25    cohorts of patients who did not develop any kinds of

Page 233

1    pneumonitis or other situation but did have dramatically

2    positive results from the combination trial.  And by

3    that I mean that in the naked antibody trial, we were

4    seeing patients who had stable disease, meaning that we

5    could document that the tumors were not growing.

6            In the combination trial, we were able to

7    document that patients had tumor or tumor load that was

8    shrinking by sometimes 75 percent or 50 percent.  So we

9    had significant responses to the combined therapy.  And

10   that was highly encouraging to the investigators, which

11   was the reason why when the third pneumonitis case came

12   up in early 2018, they evaluated all of the information

13   that was available and decided that, based on the

14   positive information that was being generated of the

15   trial, they wanted to continue.

16       Q.  Okay.

17           After the third occurrence of pneumonitis, were

18   there other adverse events that arose during the phase

19   1B study?

20       A.  The answer is primarily no, meaning that no

21   serious or adverse events arose while we continued to

22   enroll patients.  The last and final patient encountered

23   pneumonitis in August of 2018, which precipitated,

24   again, yet another meeting with the investigators and

25   with medical monitor.

1          And it is at that time that all of the

2    investigators wanted us to, meaning MabVax, to suspend

3    the trial and begin work on using an alternative --

4    instead of chemotherapy -- to be combined with the

5    antibodies.  They were very encouraged by the results

6    that were seen.  But pneumonitis is serious enough that

7    you want to be very careful about entering into a

8    treatment regimen that may precipitate it.

9          Q.  So there was fourth patient who experienced

10   pneumonitis?  Is that what you said?

11         A.  Yes, in August of 2018.

12         Q.  And how was that brought to your attention,

13   you, David Hansen?

14         A.  Well, since I was on all the telephone calls

15   and we received all of the -- any time there's a what

16   you would call a serious interaction or event, all of

17   that is immediately faxed into the company.  And the

18   company is obligated to report that to the regulatory

19   agencies as a matter of record.

20         Q.  So did the company, MabVax, send that

21   information to the regulator following the first three

22   instances of the patient suffering pneumonitis?

23         A.  Yeah.  Any time there's what's called a serious

24   adverse reaction, you're obligated to send that

25   information in.  That's the standard operating

Page 235

1  procedure, especially in an early stage clinical trial.

2      Q.  So when you say "the regulator," that's the

3  Food and Drug Administration in this case?

4      A.  Yeah.  Yes, it is.

5      Q.  Okay.

6          Okay.  I can move on.

7          MR. WEBER:  Sorry.  I just messed up my screen

8  big time.  Hold on.  Don't worry about that.

9          Okay.  I've marked as Exhibit 21 the second

10  amended complaint in this case.

11          (Exhibit 21 marked)

12  BY MR. WEBER:

13      Q.  Have you ever read it?

14      A.  Is that a question you were directing at me?

15      Q.  Yes, sir.

16      A.  Okay.

17          MR. SHAPIRO:  Asked and answered.

18  BY MR. WEBER:

19      Q.  What's your answer?

20      A.  Yes.

21      Q.  Thank you.

22          There is a -- and I'm not necessarily going to

23  direct you to any particular paragraph of this unless

24  you need me to to refresh your recollection on

25  something.  There is a reference in the complaint to an