

**WALFISH & FISSELL**

DANIEL R. WALFISH  dwalfish@walfishfissell.com  +1.212.672.0521
405 Lexington Avenue, 8th Floor  New York, NY 10174  www.walfishfissell.com

> The requests are granted.
>
> The initial pretrial conference is adjourned from May 27, 2022, to June 10, 2022, at 10 a.m.
>
> The parties shall file any motions to reconsider by May 25, 2022.
>
> Defendant shall serve and file its answers by May 25, 2022.
>
> SO ORDERED.
>
> /s/ Alvin K. Hellerstein
> May 10, 2022

May 10, 2022

<u>**Via ECF and fax (212-805-7942)**</u>

Hon. Alvin K. Hellerstein
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Honig et al. v. Hansen et al.*, No. 20 Civ. 5872 (AKH)
       *Grander Holdings, Inc. et al. v. Hansen et al.*, No. 20 Civ. 8618 (AKH)

Dear Judge Hellerstein:

    We write on behalf of the parties in the above-referenced consolidated matters. On April 27, 2022, the Court issued its Order granting in part and denying in part Defendants' motions to dismiss ("Order") and setting an initial pretrial conference for 10:00 a.m. on May 27, 2022.

    To accommodate counsel's scheduling conflicts, the parties respectfully request that the conference be adjourned. All counsel are available on June 8, 2022, if that date suits the Court. If that date does not suit the Court, counsel will promptly coordinate to propose other dates.

    Additionally, the parties request a two-week extension, from May 11 to May 25, 2022, of the time to move to reconsider the Order under Local Civil Rule 6.3. And Defendants request a two-week extension, from May 11 to May 25, 2022, of their time to serve and file answers to the complaints.

    This is the parties' first request for adjournments of the above-referenced dates. All adjournments are consented-to.

Respectfully submitted,

*Daniel R. Walfish*

Daniel R. Walfish

WALFISH & FISSELL PLLC