UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
:
BARRY HONIG, *et. al.*,
                           *Plaintiffs*    :    **ORDER REGULATING**
                                       :    **PROCEEDINGS**
:
    - against -                            :    20 Civ. 5872 (AKH)
:
JOHN DAVID HANSEN and GREGORY P.
HANSON,
                          *Defendants.*  :
:
---------------------------------------X
ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are to make their joint submission pursuant to my October 2, 2024 Order by October 29, 2024.

SO ORDERED.

Dated:    October __, 2024
             New York, New York

                                                     ALVIN K. HELLERSTEIN
                                                     United States District Judge