UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRY C. HONIG, GRQ CONSULTANTS, INC., GRQ CONSULTANTS, INC. 401K, GRQ CONSULTANTS, INC. ROTH 401K FBO BARRY HONIG, GRQ CONSULTANTS, INC. ROTH 401K FBO RENEE HONIG, HS CONTRARIAN INVESTMENTS, LLC, ROBERT S. COLMAN, and ROBERT S. COLMAN TRUST UDT 3/13/85,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN DAVID HANSEN and GREGORY P. HANSON,<br><br>    Defendants. | Case No. 1:20-cv-05872-AKH<br><br>**PARTIAL FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(b)** |

On September 27, 2024, this Court entered its Order Granting Motion for Entry of Partial Judgment in this action, which is fully incorporated herein. ECF No. 188 (the "Partial Judgment Order"). Pursuant to said Order, it is hereby **ORDERED**, that:

1. Final judgment is entered in favor of Defendants and against Plaintiffs Barry C. Honig, GRQ Consultants, Inc., GRQ Consultants, Inc. 401K, GRQ Consultants, Inc. Roth 401K FBO Barry Honig, and Robert S. Colman, as to all claims. (*See* ECF Nos. 114, 147, 169, 188).

2. Final judgment is entered in favor of Defendants and against Plaintiffs Robert S. Colman Trust UDT 3/13/85 and GRQ Consultants, Inc. Roth 401k FBO Renee Honig as to all claims except the claims in Counts I and II of Plaintiffs' Fourth Amended Complaint (ECF No. 122).

3. The Court retains jurisdiction of this matter.

4.  There is no just reason to delay entry of this Order. Fed. R. Civ. P. 54(b).

Dated: October 29, 2024

_____
HON. ALVIN K. HELLERSTEIN
United States District Court Judge